**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**NOV 3 2000**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

_____

WARREN MATHIS,

     Petitioner-Appellant,

v.

JOE WILLIAMS, Warden, Lea County
Correctional Facility; GARY JOHNSON,
Governor, State of New Mexico;
ROBERT PERRY, Secretary of
corrections; NEW MEXICO
DEPARTMENT OF CORRECTIONS,
State of New Mexico; WACKENHUT
CORRECTIONS CORPORATION, a
Florida Corporation; ATTORNEY
GENERAL FOR THE STATE OF NEW
MEXICO,

     Respondents-Appellees.

No. 00-2281
(D. N.M.)
(D.Ct. No. CIV-00-750-LH/WWD)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **BRORBY**, **KELLY**, and **MURPHY**, Circuit Judges.

_____

After examining the briefs and appellate record, this panel has determined

---

[*] This order and judgment is not binding precedent except under the doctrines of law of the case, _res judicata_ and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Appellant Warren Mathis, a state inmate appearing *pro se*, appeals the district court's decision denying his habeas corpus petition filed under 28 U.S.C. § 2241 for failure to exhaust existing state remedies. The facts and issues in this case are identical to those in *Rael v. Williams*, 223 F.3d 1153 (10th Cir. 2000), *petition for cert. filed*, (U.S. Oct. 10, 2000) (No. 00-6587). Thus, our decision is governed by this court's analysis and conclusions therein. Accordingly, we grant Mr. Mathis a certificate of appealability and **AFFIRM** the judgment of the district court, as modified, to dismiss the claim cognizable under 28 U.S.C. § 2241 with prejudice; all other claims contained in Mr. Mathis' petition are dismissed without prejudice.

**Entered by the Court:**

**WADE BRORBY**
United States Circuit Judge